**James E. LEE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7064.**

United States Court of Appeals, Federal Circuit.

May 8, 2009.

James E. Lee, Durham, NC, pro se.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Miguel CATALA–MORALES, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2009–3055.**

United States Court of Appeals, Federal Circuit.

May 8, 2009.

Miguel Catala–Morales, San Juan, PR, pro se.

*ORDER*

Upon consideration of the petitioner's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.